WILLIAM LEVIN, Appellant, v. NEW ENGLAND CASUALTY COMPANY, Respondent.

*Duress — casualty insurance — settlement by insurance company of action brought against policyholder — contribution by policyholder towards amount paid — action to recover amount of contribution on ground of duress.*

*Levin* v. *New England Casualty Co.,* 187 App. Div. 935, affirmed.

(Submitted April 24, 1922; decided May 9, 1922.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 28, 1919, which affirmed a determination of the Appellate Term reversing a judgment of the City Court of the city of New York in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint. Defendant had issued to plaintiff its policy of casualty insurance by the terms

of which it assumed the defense of an action brought against plaintiff by reason of an automobile accident. Before trial the action was settled, plaintiff contributing $750 towards the amount of settlement. This action was brought to recover the amount of his contribution, the complaint alleging that said payment by the plaintiff to the defendant was procured and obtained by force, and by unjust and illegal means; that the mind and will of the plaintiff were not free and had no free part in the payment of said sum, but that the same was extorted and wrung from the plaintiff by coercion, wrongfully exercised and in violation of public policy and law.

*Morse S. Hirsch* for appellant.

*Anthony M. Menkel* and *Louis Pressman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HOGAN. CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ. Absent: HISCOCK, Ch. J.